RICHARD B. LIND
ATTORNEY AT LAW
575 LEXINGTON AVENUE
4TH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
E-MAIL: rlind@lindlawyer.com
WEBSITE: www.richardlindlawyer.com

January 7, 2019

*Via ECF*

Hon. Katherine Polk Failla
United States District Judge
U.S. Courthouse
40 Centre Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Jose Rivera
18 Cr. 744 (KPF)

Dear Judge Failla:

In October 2018, I was appointed as CJA counsel for defendant Jose Rivera in the above-captioned case. In November 2018, the Court granted my request for Joshua Horowitz, Esq. to serve as co-counsel to Defendant Rivera. I write to the Court to request that we be permitted to submit interim vouchers in this matter.

Thank you for the Court's consideration of this application.

Respectfully submitted,

Richard B. Lind

cc: All Counsel (by ECF)

```
Application GRANTED.  Counsel is permitted to submit interim vouchers
in this matter.

Dated:    January 8, 2020            SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE