# RICHARD B. LIND

ATTORNEY AT LAW

575 LEXINGTON AVENUE

4TH FLOOR

NEW YORK, N.Y. 10022

---

TELEPHONE (212) 888-7725

E-MAIL: rlind@lindlawyer.com

WEBSITE: www.richardlindlawyer.com

March 2, 2020

*Via ECF*
Hon. Katherine Polk Failla
United States District Judge
U.S. Courthouse
40 Centre Street
New York, NY 10007



Re: United States v. Jose Rivera
S1 18 Cr. 744 (KPF)

Dear Judge Failla:

In October 2018, I was appointed as CJA counsel for defendant Jose Rivera in the above-captioned case. In November 2018, the Court granted my request for Joshua Horowitz, Esq., to serve as co-counsel. In January 2020, Mr. Rivera pled guilty to Count One of the Superseding Information in this matter. The Court scheduled his sentencing for April 17, 2020.

I am requesting a three-month adjournment to mid-July 2020. The grounds for the request are that I just received the preliminary PSR on February 28, 2020 and have not had an opportunity to review it with our client. Second, after consultation with our client, we agree that it would be advisable to have the assistance of a firm that performs mitigation analysis. The government has no objection to this application.

Thank you for the Court's consideration of this application.

Respectfully submitted,

Richard B. Lind

cc: All counsel (by ECF)

Application GRANTED. Defendant Rivera's sentencing is hereby ADJOURNED to July 22, 2020, at 3:00 p.m. Defendant's sentencing submission will be due on or before July 8, 2020, and the Government's sentencing submission will be due on or before July 15, 2020.

Dated:   March 2, 2020
         New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE