**RICHARD B. LIND**
Attorney at Law
575 Lexington Avenue – 4th Floor
Telephone: (212) 888-7725
Email: rlind@lindlawyer.com

June 19, 2020

**By ECF**

Hon. Katherine Polk Failla
United States District Judge
U.S. Courthouse
40 Center Street
New York, NY 10007



    Re: United States v. Jose Rivera
       18 Cr. 744 (KPF)

Dear Judge Failla:

  I am lead CJA counsel for Defendant Jose Rivera in the above-referenced matter. I write to request that his sentence be adjourned from its present date of July 22, 2020 to a date in the week of September 14, 2020. The basis for the request is that our mitigation consultant only recently was able to converse with Mr. Rivera, and his mother; and he requires more time to complete his submission. Accordingly, I have communicated with A.U.S.A. Michael Longyear, and the government consents to this request.

  Thank you for the Court's consideration of this request.

                Respectfully submitted,

                _____/s/_____
                Richard B. Lind

cc: All Counsel (by ECF)

Application GRANTED.  Defendant's sentencing is hereby ADJOURNED to October 7, 2020, at 3:00 p.m.  Defendant's sentencing submission will be due on or before September 23, 2020, and the Government's sentencing submission will be due on or before September 30, 2020.

Dated: June 19, 2020        SO ORDERED.
    New York, New York

                HON. KATHERINE POLK FAILLA