

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 1, 2025

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *United States v. Jose Rivera*, 18 Cr. 744 (KPF)

Dear Judge Failla:

The parties respectfully submit this joint letter to request that the admission and sentencing proceeding scheduled for Friday, October 1, 2025, in the above-referenced matter be adjourned to October 10, 2025.

As the Court is aware, supervisee Jose Rivera is presently detained at the Metropolitan Detention Center (the "MDC"). Earlier today, personnel of the United States Marshals Services (the "Marshals") informed the Government that the Marshals would be unable to transport Mr. Rivera from the MDC to the courthouse for the proceeding as scheduled, due to the effects of the government shutdown.

The parties accordingly request that the proceeding be adjourned to a later date. The parties have conferred regarding their availability and are available on October 10, 2025, at 10:00 a.m., which the parties understand to be a date and time that works for the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *Benjamin M. Burkett*

Benjamin M. Burkett
Assistant United States Attorney
(212) 637-2455

cc:   Counsel of Record

Application GRANTED. The VOSR hearing and sentencing previously scheduled for October 3, 2025, is hereby ADJOURNED to **October 10, 2025,** at **10:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 149.

Dated:   October 1, 2025         SO ORDERED.
         New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE